**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart, Inc.*
*d/b/a WALMART #1584*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS LARA,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC. d/b/a WALMART #1584, a foreign corporation; DOES I-X; ROE ENTITIES I-X, inclusive,<br><br>    Defendants. | CASE NO: 2:23-cv-01650-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff, JUAN CARLOS LARA ("Plaintiff) by and through his counsel of record, KAPLAN YOUNG, and Defendant, WALMART INC. ("Defendant") by and through its counsel of record, HALL & EVANS, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice.

. . .

. . .

. . .

. . .

. . .

1

KRB/20147-87

There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

| DATED this 25th day of January, 2024 | DATED this ___ day of January, 2024 |
|---|---|
| KAPLAN YOUNG | HALL & EVANS, LLC |
| Brittany A. Young, Esq. | Kurt R. Bonds, Esq. |
| Kory L. Kaplan, Esq. | Madison M. Aguirre, Esq. |
| 10091 Park Run Drive, Suite 190 | 1160 North Town Center Drive, Suite 330 |
| Las Vegas, NV 89145 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs. The Clerk of Court may close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT ~~COURT~~ JUDGE

DATED this 16th day of February, ~~2023~~ 2024.